NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING

MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT EARL ROYCE,                  )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D13-2484
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed July 18, 2014.

Appeal from the Circuit Court for DeSoto
County; James S. Parker, Judge.

Howard L. Dimmig, II, Public Defender, and
Allyn M. Giambalvo, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Timothy A. Freeland,
Assistant Attorney General, Tampa, for
Appellee.


KHOUZAM, Judge.

          Robert Earl Royce challenges an order revoking his probation.  We affirm

in all respects except to point out a scrivener's error in the order, which indicates that

Royce was found in violation of condition five of his probation when in fact the State

agreed to drop the violation as part of the plea bargain. We remand for the correction of this scrivener's error. See Latner v. State, 132 So. 3d 364, 365 (Fla. 1st DCA 2014). Royce need not be present for this correction.

Affirmed; remanded with instructions.


MORRIS and SLEET, JJ., Concur.